1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

7
8

9   LUIS SAMANO,                          Case No.  1:21-cv-01692-SKO

10              Plaintiff,                ORDER VACATING HEARING AND
                                          DENYING AS MOOT DEFENDANT'S
11       v.                               MOTION TO DISMISS

12   LVNV FUNDING, LLC,                   (Doc. 24)

13              Defendant.

14   _____/

15
16

17         On November 24, 2021, Plaintiff Luis Samano filed his complaint against Defendant LVNV

18   Funding, LLC for violations of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §§

19   1692 *et seq.*, the Rosenthal Fair Debt Collections Act ("Rosenthal Act"), Cal. Civ. Code §§ 1788 *et.*

20   *seq.*, and the California Consumer Credit Reporting Agencies Act ("CCRAA"), California Civil

21   Code §§ 1785 *et seq.*  (Doc. 1.)  On March 21, 2022, Defendant filed a motion for judgment on the

22   pleadings under Rules 12(b)(1) and 12(c) of the Federal Rules of Civil Procedure.  (Doc. 16.)  On

23   April 19, 2022, the Court granted in part Defendant's motion for judgment on the pleadings,

24   dismissing without leave to amend Plaintiff's claims under the Rosenthal Act and the CCRAA, and

25   dismissing Plaintiff's complaint with leave to amend Plaintiff's Article III standing allegations and

26   to allege conduct "in connection with the collection of any debt" pursuant to 15 U.S.C. § 1692e. [1]

27   (Doc. 20.)

28

---

[1] The parties consented to the jurisdiction of a U.S. Magistrate Judge.  (*See* Doc. 11.)

On May 3, 2022, Plaintiff filed a First Amended Complaint.  (Doc. 23.)  On May 17, 2022, Defendant filed the present motion to dismiss the First Amended Complaint.  (Doc. 24.)  On May 18, Plaintiff filed a Second Amended Complaint as a matter of course.  *See* Fed. R. Civ. P. 15(a)(1)(B); *Ramirez v. Cnty. of San Bernardino*, 806 F.3d 1002 (9th Cir. 2015) ("The [p]laintiff's 15(a)(2) amendment [by either consent of opposing party or with leave of the court], filed first in time, cannot be construed as a waiver or exhaustion of his automatic right to amend under 15(a)(1), so long as that amendment was timely.").  Plaintiff's Second Amended Complaint supersedes his First Amended Complaint, "the latter being treated thereafter as non-existent." *Ramirez*, 806 F.3d at 1008 (citation omitted).

As Defendant's motion to dismiss is directed at the First Amended Complaint, the Court DENIES the motion to dismiss (Doc. 24) as MOOT.  Defendant shall either answer the Second Amended Complaint or file a new motion, as appropriate.  The hearing on the motion to dismiss, currently set for June 22, 2022, is hereby VACATED.

IT IS SO ORDERED.

Dated:   **May 20, 2022**                          /s/ *Sheila K. Oberto*
                                                                    UNITED STATES MAGISTRATE JUDGE