# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LUIS SAMANO,** | CASE NO.: 1:21-cv-01692-SKO |
| Plaintiffs, | |
| v. | **ORDER GRANTING STIPULATION AND JOINT REQUEST FOR CONTINUANCE OF CASE DEADLINES** |
| **LVNV FUNDING, LLC,** | |
| Defendants. | (Doc. 41) |

///

///

///

///

///

///

///

# ORDER

The Court hereby GRANTS the stipulation of the parties to continue the dates and deadlines for this case. The deadlines are extended as follows:

|  | Current Date | Proposed Date |
|---|---|---|
| **Trial** | **July 25, 2023** | **October 24, 2023** |
| **Pretrial Conference** | **May 31, 2023** | **August 30, 2023** |
| **Discovery Deadline – Nonexpert** | **December 27, 2022** | **March 27, 2023** |
| Discovery Deadline – Expert | January 17, 2023 | No change |
| Initial Expert Disclosure | November 29, 2022 | No change |
| Rebuttal Expert Disclosure | December 12, 2022 | No change |
| **Non-Dispositive Motion Filing Deadline** | **February 13, 2023** | **May 12, 2023** |
| **Non-Dispositive Motion Hearing Deadline** | **March 15, 2023** | **June 21, 2023**[1] |
| **Dispositive Motion Filing Deadline** | **February 13, 2023** | **May 12, 2023** |
| **Dispositive Motion Hearing Deadline** | **March 29, 2023** | **June 21, 2023** |

IT IS SO ORDERED.

Dated:   **December 9, 2022**              /s/ *Sheila K. Oberto*
                                        UNITED STATES MAGISTRATE JUDGE

---

[1] The dates for the non-dispositive and dispositive motion hearings were enlarged pursuant to the Court's schedule.